IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH R. CRANDALL, | : | |
|     Plaintiff, | : | No. 24-cv-626-JMY |
| | : | |
| vs. | : | |
| | : | |
| DENIS R. MCDONOUGH, *Secretary* | : | |
| *Department of Veterans Affairs*, and | : | |
| DEPARTMENT OF VETERANS AFFAIRS,: | | |
|     Defendants. | : | |

## ORDER

AND NOW, this 13th day of September, 2024, upon consideration of the *Motion to Dismiss for Failure to State a Claim and Lack of Subject Matter Jurisdiction* (ECF No. 28) filed by the Defendants, all papers filed in support thereof and in opposition thereto, and for the reasons set forth in the accompanying Memorandum filed by the Court, it is hereby **ORDERED** that said Motion will be **GRANTED**.

All allegations in the Amended Complaint will be DISMISSED with prejudice and without leave to amend. The Clerk of Court is **DIRECTED** to mark this action **CLOSED**.

                                                BY THE COURT:

                                                /s/ John Milton Younge
                                                Judge John Milton Younge